1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7   VENESSA HUNTINGTON,                         )
                                                )          Case No. 2:13-cv-00015-JCM-PAL
8                          Plaintiff,           )
                                                )                   **ORDER**
9   vs.                                         )
                                                )            (IFP App - Dkt. #1)
10  MICHAEL J. ASTRUE, COMMISSIONER OF          )
    SOCIAL SECURITY,                            )
11                                              )
                                                )
12                         Defendant.           )
13  _____ )

14         Plaintiff Venessa Huntington has requested authority pursuant to 28 U.S.C. § 1915 to proceed in

15  forma pauperis and submitted a complaint (Dkt. #1).  This proceeding was referred to this court by

16  Local Rule IB 1-9.

17         Plaintiff's Application to Proceed In Forma Pauperis is incomplete because Plaintiff has not

18  responded to question 2, which asks about Plaintiff's employer and take home wages, if any.  Plaintiff

19  does list an employer, but she has not filled in a number on the take home wages line, which would

20  allow the court to confirm that.  As a result, although it appears Plaintiff qualifies to proceed in forma

21  pauperis, the court cannot make that determination on this incomplete Application.

22         Accordingly,

23         **IT IS ORDERED** that:

24         1.      Plaintiff's Application to Proceed In Forma Pauperis is **DENIED WITHOUT**

25                 **PREJUDICE.**

26         2.      The Clerk of Court shall mail Plaintiff a blank Application to Proceed In Forma Pauperis

27                 for non-incarcerated litigants.

28  */ / /*

3.   Plaintiff shall have until **March 11, 2013,** in which to file a completed Application to Proceed In Forma Pauperis.

4.   Alternatively, Plaintiff may pay the $350.00 filing fee no later than **March 11, 2013.**

5.   Failure to comply with this Order will result in a recommendation to the District Judge that Plaintiff's Application to Proceed In Forma Pauperis be denied with prejudice.

Dated this 8th day of February, 2013.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE