UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VENESSA HUNTINGTON,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br><br>　　　　　　　　　Defendants. | Case No.: 2:13-cv-00015-RFB-PAL<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE PEGGY A. LEEN** |

　　　Before the Court for consideration is the Report and Recommendation (ECF No. 22) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered September 16, 2014.

　　　Pursuant to Local Rule IB 3-2(a), objections were due by October 3, 2014. No objections have been filed. The Court has reviewed the record in this case and concurs with Magistrate Judge's recommendation(s) that Motion to Remand (ECF No. 14) be **DENIED**; that Commissioner's Cross-Motion to Affirm (contained with ECF No. 15 Response) be **GRANTED**. Therefore, the Court has determined that Magistrate Judge's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

　　　**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 22) is **ACCEPTED and ADOPTED in full**. MOTION to Remand (ECF No. 14) be **DENIED**; that Commissioner's Cross-Motion to Affirm (contained with ECF No. 15 Response) be **GRANTED**.

　　　The Clerk shall enter judgment accordingly and close the case.

　　　**DATED** this 30th day of October, 2014.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge